JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MALCOLM CAMPBELL, individually
and on behalf of all others similarly
situated,

         Plaintiff

    v.

USCB, INC. d/b/a USCB AMERICA
and DOES 1 through 10, inclusive
and each of them,

        Defendants.

Case No. CV 19-01801-AB (KSx)

**ORDER DISMISSING ACTION
OF PLAINTIFF'S INDIVIDUAL
CLAIMS WITH PREJUDICE
AND PUTATIVE CLASS CLAIMS
WITHOUT PREJUDICE**

    **IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties (Dkt. No. 22), this matter is **DISMISSED** in its entirety with prejudice as to the claims of the named Plaintiff, and without prejudice as to the Putative Class claims alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bea...... ..w.. .... ..d .......,s' .....

Dated:  April 10, 2020       _____

               ANDRE BIROTTE JR.
               UNITED STATES DISTRICT JUDGE